

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00857-CR

Raymond **ALEJANDRO**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR1331
Honorable Stephanie R. Boyd, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice

Delivered and Filed: January 28, 2026

DISMISSED

Appellant has filed a motion to dismiss this appeal in compliance with Rule 42.2(a). *See*

TEX. R. APP. P. 42.2(a). The motion is granted, and this appeal is dismissed. *See id*.

PER CURIAM

DO NOT PUBLISH